```
              FILED              RECEIVED
              ENTERED            SERVED ON
                        COUNSEL/PARTIES OF RECORD

                    MAR 2 7 2012

                  CLERK US DISTRICT COURT
                     DISTRICT OF NEVADA
              BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-0302-HDM (LRL) |
| RUSSELL PACHINGER, | ) |
| Defendant. | ) |

### ORDER OF FORFEITURE

This Court found on July 7, 2010, that RUSSELL PACHINGER shall pay a criminal forfeiture money judgment of $150,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Docket #9.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from RUSSELL PACHINGER a criminal forfeiture money judgment in the amount of $150,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this 27th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE